UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIA MCADAMS, on behalf of herself and those similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 3:20-cv-2202-L-BLM<br><br>**ORDER GRANTING NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER'S EX PARTE APPLICATION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pending before the Court in this putative class action alleging unlawful foreclosure practices is Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Nationstar") Ex Parte Application to Enlarge the Time to Respond to the Complaint (doc. no. 8 ("Ex Parte")). Plaintiff filed an opposition and Nationstar replied. For the reasons which follow, the Ex Parte is granted.

Nationstar seeks an extension until December 10, 2020, to investigate the matter before responding to the complaint. Plaintiff opposes (doc. no. 9) claiming prejudice due to a parallel class action pending in the United States District Court for the District of Maryland, *Robinson v. Nationstar Mortgage LLC*, case no. 14-cv-03667-TDC ("*Robinson*").

A class action settlement has been approved on a preliminary basis in *Robinson* but has not yet been finally approved. Plaintiff is a member of the class. She received notice of the *Robinson* class action on October 1, 2020. The date to object or opt out is November 27, 2020. Plaintiff intends to object to the *Robinson* settlement arguing its release provision is too broad and ambiguous, as she apparently does not wish the release to bar her action pending in this Court. The parties in this case disagree about the effect of the *Robinson* release on Plaintiff's claims in this case, assuming the release remains a part of the *Robinson* settlement agreement after the final settlement approval motion is heard. That motion is set for December 10, 2020 in the District of Maryland. Plaintiff asserts, without explaining, that her claims will be "threatened" (doc. no. 9 at 3) if Nationstar is granted an extension until December 10 to file a response in this action but would not be threatened if the response is filed on or before November 27. (*See id.* at 3-4.)

It is not apparent from Plaintiff's opposition how she would be prejudiced by an extension of time for Nationstar to respond to the complaint in this action. On the other hand, Nationstar has shown good cause pursuant to Federal Rule of Civil Procedure 6(b) to extend its due date. Accordingly, its Ex Parte application is GRANTED. No later than December 10, 2020, Nationstar shall file its response to the Complaint.

**IT IS SO ORDERED.**

Dated:  November 19, 2020

_____
Hon. M. James Lorenz
United States District Judge